### JOHN GRIFFITH VS. SNOW *Caulker*, 1743

COLONY OF RHODE ISLAND etc.   Before the Honᵇˡᵉ John Gidley Esqʳ Judge

Ezekiel Fox Captains Quartermaster of the Schooner Fame, John Griffith Commander, On Oath made answer to the following Questions Vizᵗ

*Qⁿ* 1.  When and where was the Snow Caulker taken by the sᵈ John Griffith now brought into this Port

*Ansʳ*  She was taken the 2ᵈ Day of July last O.S, at the River of Novetas on the North Side of Cuba as she was lying at Anchor about half a Mile from the Shore

*Qⁿ* 2ᵈ  Were there any Prsons on Board sᵈ Snow at the Time of your Boarding of her

*Ansʳ*  There were none, but We saw the Boat going on Shore from her, and Pursued them with our Boat, and about two Hours after we had taken said Snow, the English Men brought into this Port in her, returned on Board

*Qⁿ* 3ᵈ  Are all the papers now produced in Court, all that were found on Board of sᵈ Snow at the Time of your taking of her Without any fraud Addition Subduction or Embezelment

*Ansʳ*  Yes, they are all                                    Ezekiel Fox


Thomas Hynies of Dublin in the Kingdom of Ireland Mariner, On Oath made Answer to the following Quesⁿˢ Vizᵗ

*Qⁿ* 1  How long have you known the Snow Caulker and when and where did you know her

*Ansʳ*  On the 23ᵈ day of Augᵗ last, I was Shipt at Liverpoole on Board sᵈ Vessel to proceed a Voyage to the Coast of Guinea and from thence to Barbados and so to Liverpoole again And on the 12ᵗʰ Day of June last O: S As we were proceeding our Voyage from Barbados to Liverpoole, Was taken by a Spanish Privateer in the Latitude of 23 Nᵒ and was Carried into a River on the North Side of Cuba The Name of Which I do not know where we remained at Anchor Six or Seven Days And at that Place there came on Board four Spaniards in a Canoe, and from thence we were Carried to another River on the North Side of Cuba where we lay two Days and in the Evening of the Second Day the sᵈ Snow was taken by Capᵗ Griffith

*Qⁿ* 2.  Were there any Persons on Board of sᵈ Snow at the Time of the sᵈ Capᵗ Griffiths taking of her

*Ansʳ*  No, the Spaniards forced us on Shore with them in order to Row them on Shore

*Qⁿ* 3ᵈ  What was the reason the Spaniards went on Shore

*Ans<sup>r</sup>* They took the s<sup>d</sup> Schooner to be an English Privateer

*Q<sup>n</sup>* 4. Was there any Spaniards that Came on Board of s<sup>d</sup> Snow at the Time of your laying at the Second River

*Ans<sup>r</sup>* There were several that came on Board

*Q<sup>n</sup>* 5. Who was Master of s<sup>d</sup> Snow before she was taken by s<sup>d</sup> privateer and what is since become of him

*Ans<sup>r</sup>* Robert Wally was Master of s<sup>d</sup> Snow and upon our being taken by s<sup>d</sup> Spanish privateer our Cap<sup>t</sup> was put on Board of him.

Thomas Hynes

Patrick Gordon of Droughaday in the Kingdom of Ireland Mariner On Oath made Answer to the following Questions Viz<sup>t</sup>

*Q<sup>n</sup>* 1. How long have you known the Snow Caulker when and where did you know her

*Ans<sup>r</sup>* Sometime in the Month of August last I was Shipt on Board of s<sup>d</sup> Snow at Liverpoole and went to the Coast of Guinea in Affrica and from thence we proceeded to Barbados, where we loaded for Liverpoole and Sailed for that Port some time in the Month of June On a Monday and was taken the Sunday following by a Spanish Vessel of force, who put Seven Hands on Board s<sup>d</sup> Snow who carried us into a River on the North Side of Cuba, The Name of which I do not know, where the s<sup>d</sup> Snow lay Six or Seven Days at which place there came on Board four Spaniards in a Canoe, who tarried on Board two or three Days and then went with us to another River and at the Mouth of s<sup>d</sup> River they sent me with three Spaniards on Shore, where we brought off four Spaniards more And on the Evening of the Second Day As we lay at Anchor about half a Mile from the Shore, the s<sup>d</sup> Snow was taken by an English Privateer Commanded by John Griffith

*Q<sup>n</sup>* 2. Where there any Persons on Board s<sup>d</sup> Snow at the Time of her being taken by s<sup>d</sup> Cap<sup>t</sup> Griffith

*Ans<sup>r</sup>* No, the Spaniards forced us with them to Row 'em on Shore

*Q<sup>n</sup>* 3. What was the reason the Spaniards went on Shore

*Ans<sup>r</sup>* For fear of being taken

*Q<sup>n</sup>* 4. Who was Master of s<sup>d</sup> Snow before she was taken by s<sup>d</sup> Spanish Privateer, and what is become of him

*Ans<sup>r</sup>* Robert Wally was Master of s<sup>d</sup> Snow and upon our being taken by s<sup>d</sup> Spanish Privateer our Cap<sup>t</sup> was put on Board of him

the mark of<br>Patrick    X    Gordon

Henry Vost of the Isle of Man in the Kingdom of Great Britain Mariner On Oath made Answer to the following Questions Viz<sup>t</sup>

*Q<sup>n</sup>* 1st How long have you know the Snow Caulker when and where did you know her

*Ans^r* On the 17th Day of August last I was Shipt on Board of s^d Snow at Liverpoole and went to the Coast of Guinea in Affrica And from thence we proceeded to Barbados where we loaded for Liverpoole and on the Sixth Day of June we Saild for that Port And was taken by a Spanish Vessel of force the 12th of the same Month The Master of which put Seven of his Hands on Board s^d Snow and Carried her into a River on the North Side of Cuba, The Name of which I do not know where we lay some Days, during which Time there Came on Board four Spaniards in a Canoe who tarried on Board two or three Days and then went with us to another River And at the Mouth of s^d River they sent One of our Hands with three Spaniards on Shore where they brought off four Spaniards more and on the Evening of the Second Day As we lay at Anchor about half a Mile from the Shore the said Snow was taken by an English Privateer Commanded by John Griffith

*Q^n 2^d* Were there any Persons on Board said Snow at the time of her being taken by s^d Cap^t Griffith

*Ans^r* No, the Spaniards obliged us to leave the Vessel to Row them a Shore

*Q^n 3* What was the reason the Spaniards went on Shore

*Ans^r* They were affraid of being taken

*Q^n 4* Who was Master of s^d Snow before she was taken by s^d Spanish Privateer, and what is become of him

*Ans^r* Robert Wally was Master of s^d Snow and upon our being taken by s^d Spanish Privateer our Cap^t was left on Board of her

*Q^n 5.* Have you any knowledge of the Condemnation of s^d Snow by the Spaniards

*Ans^r* I heard one of the Hands of the Spanish privateer whose Name was Jo declare that the four Spaniards who came on Board at the Mouth of the last mentioned River had Condemned her, and that they designed to sell her at the first port they arrived at

Henenery Voaste

Thomas Ashly of Barton upon Umbre in Lincolnshire Great Britain Mariner On Oath made Answer to the following Questions Viz^t

*Qu^n 1st* How long have you known the Snow Caulker when and where did you know her

*Ans^r* On the 27th Day of August last I was Shiped on Board of s^d Snow at Liverpoole and went to the Coast of Guinea and from thence we proceeded to Barbados where we Loaded for Liverpoole and some time in the beginning of June Last we Sailed for that Port and was taken by a Spanish Vessel of force on the 12th Day of the same Month The Master of which put Seven of his Hands on Board s^d Snow, Six Spaniards and one Frenchman, and Carried her into a River on the North Side of Cuba, The Name of which I do not know where we lay Six or Seven Days during which Time there Came on

Board four Spaniards in a Canoe who Tarried on Board two or three Days and then went with us to another River and at or near the Mouth of s$^d$ River they sent One of our Hands with three Spaniards on Shore where they brought off four Spaniards more And on the Evening of the Second Day as we lay at Anchor about half a Mile from the Shore the said Snow was taken By an English Privateer Commanded by John Griffith

$Q^n$ 2$^d$  Were there any Persons on Board s$^d$ Snow at the Time of her being taken by s$^d$ Cap$^t$ Griffith

$Ans^r$  No The Spaniards Obliged us to leave the Vessel to Row them on Shore

$Q^n$ 3$^d$  What was the reason of the Spaniards going on Shore

$Ans^r$  They were afraid of being taken

$Q^n$ 4.  Who was Master of s$^d$ Snow before she was taken by s$^d$ Spanish privateer and what is become of him

$Ans^r$  Robert Wally was Master of s$^d$ Snow and upon our being taken by s$^d$ Spanish Privateer our Cap$^t$ was put on Board of her

$Q^n$ 5.  Have you any knowledge of the Condemnation of s$^d$ Snow by the Spaniards

$Ans^r$  I heard a Person whose Name was Jo, who belonged to the Spanish privateer declare that the s$^d$ Snow was Condemned by the four Spaniards who Came on Board of her, at the Entrance of that River where she lay last, before she was taken, and that they designed to sell her at the first port they arrived at

. the mark of

Thomas    X    Ashly

Robert Jennings of Liverpoole in the Kingdom of Great Britain Mariner On Oath made Answer to the following Quest$^{ns}$ Viz$^t$

$Q^n$ 1.  How long have you known the Snow Caulker, when and where did you know her?

$Ans^r$  I have known her this Six Years, On the 25th day of August last I was Shipt Chief Mate of s$^d$ Snow And we Saild on the 27th day for the Coast of affrica and from thence We proceeded to Barbados Where we loaded for Liverpoole and on the 6th Day of June Sailed for that Port, and in our Voyage, We was taken on the 12 Day of June last by a Spanish Privateer The Master of which put Seven of his Hands on Board s$^d$ Snow and Ordered them to Proceed to S$^t$ Domingo, but did not go there by reason they did not understand how to Navigate the Vessel and Carried us to a River on the North side of Cuba The Name of which I do not know Where we tarried five Days and which we continued there, there came on Board four Spaniards in a Canoe, and from thence they Carried us to another River on the North Side of Cuba where we lay two Days. And on the Evening of the Second Day, the S$^d$ Snow was taken by Cap$^t$ Griffith

$Q^n$ 2. Were there any Persons on Board $s^d$ Snow at the Time she was taken by $Cap^t$ Griffith

*Ans$^r$* No

$Q^n$ 3. What was the reason of the Spaniards going on Shoar

*Ans$^r$* They took $Cap^t$ Griffiths Vessel to be a English Privateer

$Q^n$ 4. What was the reason of the English Sailors going on Shore

*Ans$^r$* The Spaniards told us she had a Black Flag and, if they were taken they would kill both English and Spaniards

$Q^n$ 5. Did you se any Spaniards while you lay in the Second River

*Ans$^r$* Yes, I se three or four Spaniards in a Canoe

$Q^n$ 6. Were there any Spaniards that came on Board when you entered the Mouth of the Second River

*Ans$^r$* There were four Spaniards came on Board who were sent for, the Spaniards that were on Board sent On Shore for a Pilot, and brought the above four Spaniards on Board

$Q^n$ 7. What distance was the Privateer off when you left the $s^d$ Snow and whether you could discover her Colours

*Ans$^r$* She was about a Mile and half of and I discovered she had a White Pendant

$Q^n$ 8. Did you hear any Persons on Board say th$^t$ the $s^d$ Snow was Condemned

*Ans$^r$* No

$Q^n$ 9. Whilst you lay in the River after the Snow was taken did you not hear the Inhabitants on Shore hale the Vessel

*Ans$^r$* Yes they haled the $s^d$ Vessel from the Shore

$Q^n$ 10. Where did the Spaniards on Board $s^d$ Snow design to go to

*Ans$^r$* They designed to go to the first Port they could get to either French or Spanish, in order to Sell her but the Wind not proving fair for 'em they designed to go to the Havanna

$Q^n$ 11. Who was Master of $s^d$ Snow before she was taken by $s^d$ Spanish Privateer, and what became of him

*Ans$^r$* Robert Wally was Master of said Snow, and immediately upon their taking of us, they carried our Master on Board $s^d$ Spanish Privateer

$Q^n$ 12. What are become of all the English Papers

*Ans$^r$* I cannot tell, but suppose they were carried on Board the Spanish Privateer for I never se them afterwards

$Q^n$ 13. Who were the Original Owners of the $s^d$ Snow at the Time you Sailed from Liverpoole

*Ans$^r$* John Hardman and Samuel Augden both of Liverpoole afores$^d$

$Q^n$ 14. What was the Contents of the Cargo when the $s^d$ Snow was taken by $Cap^t$ Griffith

*Ans$^r$* Sixty Hogsheads and four Tierces and Six Barrels of Sugar w$^{ch}$ belonged to the Owners and One Hogshead and two Barrels belonging to the Cap$^t$, Five Barrels of Sugar belonging to myself, Three Barrels of Sugar

belonging to Peter King the Second Mate, One Barrel of Sugar belonging to the Boatswain, About eighty Baggs of Cotton belonging to the Owners and 1 Bag to the Capt., Six small Boxes of Copper Rods, Eight Elephants Teeth and some Serevalers belonging to the Company

Rob$^t$ Jennings

James Hornby of Liverpoole in Great Britain Mariner On Oath made Answer to the following Questions Viz$^t$

$Q^n$ 1. How long have you known the Snow Caulker when and where did you know her

$Ans^r$ On or about the Sixth Day of June last I was Shipt on Board of her at Barbados to proceed in her to Liverpoole af$^d$ And the next day after I was Shipt we Sailed from thence And on the 12th day of the same Month we were taken by a Spanish Privateer Sloop, The Master of which put Seven of his Hands on Board s$^d$ Snow and Ordered them to Proceed to S$^t$ Domingo, but did not go there by reason they did not understand how to Navigate the Vessel and Carried us to a River on the North Side of Cuba The Name of which I do not know, Where we tarried five or Six Days And whilst we continued there, there Came on Board four Spaniards in a Canoe and from thence they carried Us to another River on the North Side of Cuba where we lay two Days And on the Evening of the Second Day, the said Snow was taken by Cap$^t$ Griffith

$Q^n$ 2. Were there any Persons on Board s$^d$ Snow at the Time she was taken by Cap$^t$ Griffith

$Ans^r$ No

$Q^n$ 3. What was the reason of the Spaniards going on Shore

$Ans^r$ They took Cap$^t$ Griffiths Vessel to be an English Privateer and were afraid of being taken

$Q^n$ 4. What was the reason of the English Sailors going on Shore

$Ans^r$ The Spaniards forced us to Row them on Shore

$Q^n$ 5. Did you se any Spaniards while you lay in the Second River besides what were on Board s$^d$ Snow

$Ans^r$ Yes, three or four Spaniards Came on Board in a Canoe

$Q^n$ 6. Whilst you lay in the River after the Snow was taken did you not hear the Inhabitants on Shore hale the Vessel

$Ans^r$ Yes, they haled s$^d$ Vessel divers Times

$Q^n$ 7. Did you hear any Persons on Board declare that the s$^d$ Snow was Condemned

$Ans^r$ No

James Hornby

[Admiralty Papers, I, 91]

Henry Vost on Oath in Open Court further Answers to the following Questions Viz$^t$

$Q^n$ 1. Do you know who were Owners of the Snow Caulker

*Ans<sup>r</sup>* M<sup>r</sup> Hardman of Liverpoole was One

*Q<sup>n</sup>* 2. What dress were them four Men in that Came on board

*Ans<sup>r</sup>* Some had black Hatts and some Straw Hats and Swords by their sides and One had a gold ring on and One with a Frocke and Trowsers on

Patrick Gordon on Oath in Open Court further made Answers to the following Questions Viz<sup>t</sup>

*Q<sup>n</sup>* 1. Do you know who were Owners of the Snow Caulker

*Ans<sup>r</sup>* M<sup>r</sup> Hardman of Liverpoole was One

*Q<sup>n</sup>* 2. What dress were them four Men in, that you went on Shore to fetch on board

*Ans<sup>r</sup>* Two of them had black Hatts on and one of 'em had a gold Ring on, the other two had Straw Hatts w<sup>th</sup> Frocks and Trowsers and all of them had·Swords by their Sides their Scabbards black and of a Common length and he that had the Gold ring on had a Pair of Drawers a Shirt Jacket and Shoes on and a Black Hatt

Thomas Ashly On Oath in Open Court further made Answer to the foll<sup>g</sup> Quest<sup>t</sup> Viz<sup>t</sup>

*Q<sup>n</sup>* 1. What were the Words that you heard Jo, say ab<sup>t</sup> the Condemnation of the Vessel

*Ans<sup>r</sup>* Jo, told me that that Vessel was a lawful Prize and that them four Spaniards had Condemned her and that they would Sell her at the first Port they Came at

*Q<sup>n</sup>* 2 Do you know who were Owners of the Snow Caulker

*Ans<sup>r</sup>* M<sup>r</sup> Hardman of Liverpoole was One and Shipt me on Board s<sup>d</sup> Snow

Robert Jennings on Oath

*Q<sup>n</sup>* 1. Who was it that Shipt the Owners goods on Board at Barbados

*Ans<sup>r</sup>* Elias Manviel of Barbados had Orders from the Owners to receive the Negroes there and did so, and Shipt on Board their Loading there for Liverpoole

*Q<sup>n</sup>* 2. What do you know concerning your Ships Papers and what became of them

*Ans<sup>r</sup>* The English Master had his Papers in a Tin Kanister and showed this Deponent the Medetereanean Pass which he did not read, and his Orders which he did read, And after the Spaniards took them they sent on Board a Boy who ransacked the Cap<sup>ts</sup> Desk and Carried all the Papers away and he never se them nor the Kanister afterwards

*Q<sup>n</sup>* 3. Where did the Spanish Privateer belong to that took you and what force was she of and how long before she came up with your Vessel

*Ans<sup>r</sup>* The Spanish privateer belonged to S<sup>t</sup> Domingo carried eight Swivel Guns and Ninety Men they discovered the Snow by the light of her

Binacle and Came within Cannon Shot before the Snow discovered her and took s^d Snow in half an Hour more

$Q^n$ 4. Have you a Particular remembrance of the Several things you put in your Claim that were not mentioned by you before particularly the Sixty Gallons of Rum belonging to the Master the $182^{lbs}$ of Coffee the $8\frac{1}{4}$ Moiadores three Guinneas two half Guinneas about $\frac{1}{4}$ of an Ounce of Gold dust, two pair of Gold Buttons an English Shilling and Spanish Pistareen

$Ans^r$ I remember them very well, The Rum was a Hogshead out of which the Spaniard drew some and the remainder that was left was at least Sixty Gallons in my Judgement, the $182^{lb}$ of Coffee was two Baggs I purchased myself and verily believe that none had been taken out, the Gold, Silver and gold dust was, put in my Shoes to save from the Spaniards being my own property, and after we were retaken by Cap^t Griffith Richard Greenoak Companies Quartermaster of s^d Griffith took 'em out of my Shoes w^th a Particular Acco^t to be disposed of as shou'd afterwards be adjudged reasonable

$Q^n$ 5. When and where was it that you had talk with the Spaniards on Board of going into a French port

$Ans^r$ I proposed it to them about a Week after we had left the privateer and we talked of it all the passage, before we got into the first River and at Several Times after

$Q^n$ 6. What manner of Persons were them four Men that Came on Board of s^d Snow at the Second River and how were they dressed and Armed

$Ans^r$ The Abovementioned Persons had neither Shoes nor Stockings on as I remember Two of them had White Straw Hats, the third an Old black Hat with a Piece Torn out of the side of it, the fourth I can't remember, they were generally Cloathed with Frocks and Trowsers Each of them had a long Sword in a Scabbard with a Knife in it and a Stone in it to whet them and that they cut Wood with them Swords

$Q^n$ 7. Was you ever on Shore with these four Spaniards that came on Board at the Second River

$Ans^r$ No.

$Q^n$ 8. Do you mean that the four Spaniards that first came on Board or the last four Cut Wood with their Swords and were the Swords (as you call 'em) of the four last like those of the four first?

$Ans^r$ I saw the first four Cut Wood with their Swords and that the last four had Swords like unto them

James Hornby On Oath in Open Court.

$Q^n$ 1. Who were the Owners of the Snow Caulker

$Ans^r$ Hardman and Augden of Liverpoole, as I heard from the people on Board

$Q^n$ 2. Who was the chief Mate of s^d Snow during the Voyage

*Ans^r* Robert Jennings here present

*Q^n* 3. What manner of persons were them four Spaniards that came on Board of s^d Snow at the Second River and how were they dressed and Armed

*Ans^r* Two or three of them had Straw Hatts and an other a Black Hatt with a piece torn out of the Side of it, they had all Frocks and Trowsers and one of them had a Jacket over his Frock with a Patch on it, Neither of them had Stockins and but one of them Shoes — each of 'em had a long Knife a Short Knife and a Whet Stone in one Sheath, some Hung them with Strings made of Grass and others with Strings made of Raw or Undrest Deer Skins, and at the Second River I went on Shore with some of 'em and saw them Cut Fire Wood with their long Knives, for the Use of their Vessel, and the Knives of those who came on Board at the Second River were of the same sort of those that came on Board at the first River

*Q^n* 4. When you lay at the Second River where did you hear the Spaniards say they were bound to

*Ans^r* They talked of going to a French Port but the Wind would not admit of it and then to the Havanna

Thomas Hyends aged about 18 or 19 Years On Oath in Open Court further made Answer to the following Questions Viz^t

*Q^n* 1. Who was the Owner of the Snow Caulker

*Ans^r* M^r Hardman and Augden of Liverpoole

*Q^n* 2. Who was the Chief Mate of s^d Snow during the Voyage

*Ans^r* Robert Jennings here present

*Q^n* 3. Who Ship't the Cargo on Board s^d Snow at Barbados

*Ans^r* M^r Monviel to whom she was Consigned and took the Negroes Loaded her

*Q^n* 4. Did you know the Ship Papers on Board of her and what became of them

*Ans^r* I saw none but the Articles of the Voyage which I signed after most of the Crew had Signed and no Nothing more of em

*Q^n* 5. What manner of Persons were them four Spaniards that came on Board of s^d Snow at the Second River and how were they dressed and Armed

*Ans^r* Two of them had Straw Hats, the third a Black Hat with a piece Torn out of the Side of it and the fourth I think a Straw Hat two of 'em had Speckled Shirts and Trowsers and the other two Frocks and Trowsers, three of 'em had neither Shoes nor Stockings and the fourth had a pair of Old broken Shoes on but no Stockins, they had each of them a long Knive and Short Knive and a Whet Stone in the same Sheath, two of them had them fast in a Belt about their Midle and the other two in Strings of Twisted Grass about their Necks, the Spaniards that Came on Board of 'em at the first River had the same sort of Knives and Whet Stones and se them Cut down a Tree and make an Oar with them and that they had as other Tools besides them Knives that could be called a Sword

$Q^n$ 6.  While you lay at the Second River where did you hear the Spaniards say they were bound to?

*Ans^r*  To a French Port if they could get there

$Q^n$ 7.  Did you hear them say what they intended to do with her

*Ans^r*  No

$Q^n$ 8.  Who did you hear say that they were bound to a French Port if they could get there

*Ans^r*  A Spaniard that could talk English whose Name was Jo.

[Admiralty Papers, I, 97]